# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CAMACHO DELGADO,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON J. ELLIS, DANIEL CRAIG DOLBEC,<br><br>Defendants. | 1:15-CV-841-LJO-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 4) AND REMANDING ACTION TO KERN COUNTY SUPERIOR COURT AND DENYING DEFENDANT'S MOTION TO PROCEED IN FORMA PAUPERIS (Doc. 2) |

On June 8, 2015, the Magistrate Judge issued Findings and Recommendations that this action be remanded to Kern County Superior Court. These Findings and Recommendations were served on all parties appearing in this action and included notice that any objections to the Findings and Recommendations were to be filed within fourteen (14) court days of the date of service of the order. More than fourteen (14) court days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that this case be REMANDED to the Kern County Superior Court, pursuant to 28 U.S.C. § 1447(c), for lack of federal subject matter jurisdiction. Defendant's motion to proceed in forma pauperis is DENIED as moot. The Clerk of Court is directed to take necessary action to remand this case to the Kern County Superior Court, and also is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **June 25, 2015**                       /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE